ELECTRONIC

**NOV 26, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.

# 08-23299-CIV-HUCK/O'SULLIVAN

Kilowatts Electric Supply Corp.,
A Florida Corporation,

      Plaintiff,

vs.

Freddy Kilowatt, LLC.,
A Florida Limited Liability Company,

      Defendants.

_____/

## **COMPLAINT**

    Plaintiff Kilowatts Electric Supply Corp. (hereinafter Plaintiff), sues Freddy Kilowatt, LLC, (hereinafter Defendant) and alleges as follows:

### **PARTIES, JUSRISDICTION, AND VENUE**

1.   Plaintiff is a Florida corporation, incorporated in 1985, with its principal place of business in Miami-Dade County.

2.   This is an action for false description and/or representations and/or false designations of origin under the Lanham Act, Title 15, United States Code, Sections 1114 and 1125(a), and the ancillary state causes of action of dilution of trademark under Florida Statutes Annotated, Chapter 495; common law trademark infringement, and unfair competition.

1

3.  Jurisdiction of this Court arises under 28 U.S.C. Sec. 1331, 28 U.S.C. Sec. 1338, for federal questions and under the doctrine of pendent jurisdiction over state claims arising from a common nucleus of operative facts, since it is for monetary damages in excess of $75,000.00 and other equitable relief that is properly within the subject matter and monetary jurisdictional limits of this Court.

4.  Venue is proper under 28 U.S.C. Sec. 1391(b) and (c) and 18 USC 1965(b) since the named Defendant conducts business in this Judicial District.

5.  Defendant, Freddy Kilowatt, LLC, is a limited liability company organized under the laws of the State of Florida and, upon information and belief, has its principal place of business in Broward County.

6.  Upon information and belief, Defendant recently opened a business and began using, advertising, and displaying its trade name and/or service mark(s), FREDDY KILOWATT, LLC to the public, including customers in this district.   Defendant provides electrical contracting services to its customers.

7.  Plaintiff, and its predecessor-in-interest, have used the service mark KILOWATTS since at least as early as 1980 in commerce, to identify electrical and electrical supply services.   See Plaintiff's exhibit "1", attached, corresponding to a copy of the articles of incorporation originally filed.

8. Plaintiff has used in commerce other service marks and trade name that include the word "KILOWATTS" for many years. Plaintiff's service mark and trade name are collectively referred to as the "Kilowatts Marks."

9. On April 15, 2003, Plaintiff registered with the United States Patent & Trademark Office, its service mark KILOWATTS ELECTRIC SUPPLY, CORP. and Design, (Reg. No. 2,705,805), for wholesale and retail distributorship services featuring electrical parts in international class 035. See Plaintiff's Exhibit "2" herewith attached, corresponding to a copy of the registration certificate.

10. On May 22, 2000, Plaintiff registered with the Florida Secretary of State its service mark KILOWATTS ELECTRIC SUPPLY, CORP. and design, registration No. T00000000574, for wholesale and retail distribution services of electrical parts in international class 035. See Plaintiff's Exhibit "3" herewith attached, corresponding to a copy of a certificate of status from the Florida Department of State.

11. Plaintiff, and its predecessor-in-interest have used the Kilowatt Marks continuously since at least as early as 1980 and built valuable goodwill and reputation in its Kilowatts Marks.

12. Plaintiff has successfully grown over the years and today operates an electrical supply company that reaches a large customer base.

13. The Kilowatts Marks are valuable assets of Plaintiff and have developed a substantial goodwill for the Plaintiff as the sponsor of the electrical supply services.

14. Plaintiff has used the Kilowatts Marks in commerce extensively in different manners including internet, phonebook, signs, flyers, and promotional material such as key-chains, t-shirts, caps, and other promotional materials customary in the trade.

15. Defendant's use of the word KILOWATT, or similar variations or as part of other designations, to identify electrical services, is likely to cause confusion with Plaintiff's service marks, trade name and/or advertising material.

16. Defendant's use and/or advertising of the word KILOWATT as a designation, service mark and/or trade name for electrical services is likely to cause confusion or mistake among customers and potential customers as to the source and/or sponsorship of the goods and/or services.

17. Plaintiff was required to hire the services of the undersigned attorney, and others, to counsel and represent it in these proceedings and is obligated to them for reasonable attorneys' fees and other legal costs.

18. The goodwill of Plaintiff in its Kilowatts marks has been damaged and will continue to be irreparably damaged unless Defendant is enjoined.  Plaintiff has no adequate remedy at law.

19. Plaintiff has been damaged by defendant's above mentioned actions. Plaintiff will continue to suffer damages if Defendant continues operating its establishment using the KILOWATT designation.

20. Upon information and belief, Defendant was on notice of Plaintiff's superior service mark and trade name rights prior to the filing of this lawsuit.  See attached copy of Plaintiff's cease and desist letter, Plaintiff's exhibit "4."

21. Defendant has intentionally infringed Plaintiff's service mark and trade name rights.

**COUNT I.**
**FEDERAL TRADEMARK INFRINGEMENT UNDER15 U.S.C. 1114**

22. Plaintiff realleges the allegations set forth in paragraphs 1 through 21, inclusive.

23. The use in commerce by Defendant of the "KILOWATT" designation in connection with identical or similar services is likely to cause confusion, or

cause mistake, or to deceive the purchasing public and members of the trade in violation of Section 32 of the Lanham Act, 15 U.S.C. 1114.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant the remedies provided under Sections 34 and 35 of the Lanham Act (15 USC 1116 and 1117):

a. preliminary and permanent injunctive relief prohibiting Defendant from using the word KILOWATT as part of its trade name and mark;

b. compensatory and trebled damages;

c. accounting and lost profits;

d. attorneys' fees, and

e. any other relief the Court deems just and proper.

## COUNT II.
## VIOLATION OF SECTION 43(a) OF THE LANHAM ACT (15 U.S.C. 1125(a))

24. Plaintiff realleges the allegations in Paragraphs 1 through 21 and 23 as if fully set forth herein.

25. The above-referenced acts constitute misrepresentations under Section 43(a) of the Lanham Act, 15 USC 1125 (a) that are likely to cause confusion as to the source and/or sponsorship of the goods and services identified by Defendant's designations, marks, trade name, and/or advertising.

26. Plaintiff has been, and will continue to be, damaged by the acts of Defendants.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant the remedies provided under Sections 34 and 35 of the Lanham Act (15 USC 1116 and 1117) as follows:

a. preliminary and permanent injunctive relief prohibiting  Defendant from using the word KILOWATT as part of its trade name and mark;
b. compensatory damages and treble damages;
c. accounting of Defendants' profits;
d. attorney's fees;
e. and any other relief the Court deems just and proper.

## COUNT III.
## COMMON LAW SERVICE MARK AND TRADE NAME INFRINGEMENT

27. The Plaintiff realleges the allegations in Paragraphs 1 through 21; 23; 25 and 26 as if fully set forth herein.
28. Defendant's use of the designation KILOWATT for electrical contracting services as part of its trade name, service marks, and/or advertisement constitutes an infringement of Plaintiff's common law service mark and trade name rights.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant:

a. preliminary and permanent injunctive relief prohibiting Defendant from using the word KILOWATT as part of its trade name and mark;

b. compensatory damages;

c. accounting of Defendant's profits;

d. attorneys' fees;

e. and any other relief the Court deems just and proper.

## COUNT IV.
## STATUTORY SERVICE MARK INFRINGEMENT

29. Plaintiff realleges the allegations in Paragraphs 1 through 21; 23; 25; 26 and 28 as if fully set forth herein.

30. Defendant's use of the word KILOWATT as part of its service mark constitutes an infringement of Plaintiff's state registered service mark KILOWATTS ELECTRIC SUPPLY, CORP. and Design under F.S. 495.131.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant :

a. preliminary and permanent injunctive relief prohibiting Defendant from using the word KILOWATT as part of its trade name and mark;

b. compensatory damages and treble damages;

c. accounting of Defendant's profits;

d. attorneys' fees;

e. and any other relief the Court deems just and proper.

## COUNT V.
## COMMON LAW UNFAIR COMPETITION

31. Plaintiff realleges the allegations in Paragraphs 1 through 21; 23; 25; 26; 28 and 30 as if fully set forth herein.

32.  The conduct of Defendant violates Florida's common law unfair competition laws.

WHEREFORE, Plaintiff requests this Honorable Court to grant:

a. preliminary and permanent injunctive relief prohibiting Defendant from using the word KILOWATT as part of its trade name and mark;
b. compensatory damages and punitive damages;
c. accounting of Defendant's profits;
d. attorneys' fees;
e. and any other relief the Court deems just and proper.

## COUNT VI.
## DILUTION AND INJURY TO BUSINESS REPUTATION

33.  The Plaintiff realleges the allegations in Paragraphs 1 through 21; 23; 25; 26; 28; 30 and 32 as if fully set forth herein.

34.  The acts of Defendants are likely to injure the business reputation of Plaintiff and/or dilute the distinctive quality of its marks, trade name, label and/or form of advertisement in violation of F.S. 495.151.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant:

a. preliminary and permanent injunctive relief prohibiting Defendant from using the word KILOWATT as part of its trade name and mark;
b. and any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

The undersigned declares under penalty of perjury under the laws of the United States of America that he has read the foregoing complaint and that the allegations contained therein are true and correct, on this __*20*__ day of November, 2008.

Angel R. Chaguaceda, President
Kilowatts Electric Supply, Corp.
401 S.W. 71 Avenue
Miami, Florida 33144

Respectfully submitted,

SANCHELIMA & ASSOCIATES, P.A.
Attorneys for Plaintiff
235 S.W. Le Jeune Rd.
Miami, FL 33134
Tel:  (305) 447-1617
Fax: (305) 445-8484
E-mail: Jesus@Sanchelima.com

Jesus Sanchelima, Esq.
(Fla. Bar No. 231207)

# EXHIBIT 1

www.sunbiz.org – Department of State                                                              10/2/08 3:09 PM



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**   **Next on List**   **Return To List**   _____

**Events**   **Name History**                                    ( Entity Name Search )

## Detail by Entity Name

### Florida Profit Corporation

JUR ELECTRIC SUPPLY CORP.

### Filing Information

**Document Number**   F09614
**FEI Number**   592026447
**Date Filed**   10/13/1980
**State**   FL
**Status**   INACTIVE
**Last Event**   INVOLUNTARILY DISSOLVED
**Event Date Filed**   11/14/1986
**Event Effective Date** NONE

### Principal Address

6050 S.W. 8 ST.
MIAMI FL 33144

### Mailing Address

6050 S.W. 8 ST.
MIAMI FL 33144

### Registered Agent Name & Address

RODRIGUEZ, GUILLERMO
10909 N.W. 12TH AVE.
MIAMI FL 33174

Address Changed: 02/21/1984

### Officer/Director Detail

**Name & Address**

Title PD

RODRIGUEZ, GUILLERMO
10909 N.W. 12TH AVE
MIAMI FL

Title VD

RODRIGUEZ, NANCY
10909 N.W. 12TH AVE

MIAMI FL

Title SD

TUMA, RENE
1315 N.W. 30 AVE.
MIAMI FL

Title TD

TUMA, JORGE
22 N.W. 109 CT.
MIAMI FL

## Annual Reports

**Report Year Filed Date**

| **1983** | 02/21/1984 |
| **1984** | 02/21/1984 |
| **1985** | 03/20/1985 |

## Document Images

**No images are available for this filing.**

| **Note:** This is not official record. See documents if question or conflict. |

**Previous on List**   **Next on List**   **Return To List**

**Events**          **Name History**                    ( **Entity Name Search** )

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State

www.sunbiz.org – Department of State                                                                          10/2/08 3:10 PM



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List

Events        Name History

Entity Name Search

## Detail by Entity Name

### Florida Profit Corporation

KILOWATTS ELECTRIC SUPPLY CORP.

### Filing Information

**Document Number** M14158
**FEI Number** 592524091
**Date Filed** 04/17/1985
**State** FL
**Status** ACTIVE
**Last Event** NAME CHANGE AMENDMENT
**Event Date Filed** 04/30/1985
**Event Effective Date** NONE

### Principal Address

401 SW 71 AVE.
MIAMI FL 33144-5005 US

Changed 02/21/1997

### Mailing Address

401 SW 71 AVE.
MIAMI FL 33144-5005 US

Changed 02/21/1997

### Registered Agent Name & Address

CHAGUACEDA, ANGEL R.
6166 S.W. 8TH STREET
MIAMI FL US

Name Changed: 02/28/1990

### Officer/Director Detail

**Name & Address**

Title PDT

CHAGUACEDA, ANGEL R.
401 SW 71 AVE.
MIAMI FL

www.sunbiz.org – Department of State                                                                10/2/08 3:10 PM

Title VPS

SANTIAGO, ALBERTO
401 SW 71 AVE.
MIAMI FL

## Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| **2006** | 02/23/2006 |
| **2007** | 01/24/2007 |
| **2008** | 02/25/2008 |

## Document Images

02/25/2008 -- ANNUAL REPORT  ( View image in PDF format )

01/24/2007 -- ANNUAL REPORT  ( View image in PDF format )

02/23/2006 -- ANNUAL REPORT  ( View image in PDF format )

01/26/2005 -- ANNUAL REPORT  ( View image in PDF format )

01/23/2004 -- ANNUAL REPORT  ( View image in PDF format )

01/31/2003 -- ANNUAL REPORT  ( View image in PDF format )

03/03/2002 -- ANNUAL REPORT  ( View image in PDF format )

01/29/2001 -- ANNUAL REPORT  ( View image in PDF format )

03/03/2000 -- ANNUAL REPORT  ( View image in PDF format )

03/10/1999 -- ANNUAL REPORT  ( View image in PDF format )

01/20/1998 -- ANNUAL REPORT  ( View image in PDF format )

02/21/1997 -- ANNUAL REPORT  ( View image in PDF format )

02/15/1996 -- ANNUAL REPORT  ( View image in PDF format )

01/18/1995 -- ANNUAL REPORT  ( View image in PDF format )

**Note:** This is not official record. See documents if question or conflict.

**Previous on List**   **Next on List**   **Return To List**

www.sunbiz.org – Department of State

**Events**     **Name History**                    ( Entity Name Search )

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# EXHIBIT 2

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,705,805

Registered Apr. 15, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



KILOWATTS ELECTRIC SUPPLY, CORP. (FLOR-
IDA CORPORATION)
401 S.W. 71 AVENUE
MIAMI, FL 33144

FOR: WHOLESALE AND RETAIL DISTRIBU-
TORSHIP SERVICES FEATURING ELECTRICAL
PARTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-0-1999; IN COMMERCE 11-0-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ELECTRIC SUPPLY, CORP.",
APART FROM THE MARK AS SHOWN.

SER. NO. 75-916,216, FILED 2-11-2000.

MICHAEL KEATING, EXAMINING ATTORNEY

# EXHIBIT 3



# State of Florida

## Department of State

I certify from the records of this office that the trademark, KILOWATTS ELECTRIC SUPPLY, CORP. AND DESIGN OF CARTOON FIGURE, BODY ARMS AND LEGS ARE LIGHTNING BOLTS, LIGHT BULB NOSE, LIGHTNING BOLT IN ONE HAND, was registered on May 22, 2000.

The document number of this mark is T00000000574.

I further certify that the status of said mark is active.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capitol, this the Twentieth day of October, 2008



Kurt S. Browning
Secretary of State

CR2EO22  (01-07)

# EXHIBIT 4

*Sanchelima & Associates, P.A*
*Attorneys at Law*                                    Patents, Trademarks & Copyrights

Jesús Sanchelima, Reg. Pat. Attorney
Leticia Guerra, Esq.                                              Tel: 305-447-1617
                                                                 Fax: 305-445-8484
                                                               jesus@sanchelima.com
                                                               www.sanchelima.com

August 5, 2008

**VIA CERITIFIED MAIL
RETURN RECEIPT REQUESTED**

Freddy Kilowatt, LLC.
*ATT: Alfred S. Georgiadis; Tiffany L. Kearns; William J. McHugh*
5621 Johnson Street
Hollywood, Florida 33021

## <u>NOTICE TO CEASE AND DESIST</u>

Re:     **Kilowatts Electric Supply Corp.
        Trademark Infringement/Unfair Competition
        Docket No. 280230**

Dear Sirs/Madam:

     Please be advised that we represent Kilowatts Electric Supply Corp. ("Kilowatts") in connection with the above-referenced matter. Kilowatts has been providing services as a distributor and retailer of electrical products since 1985. In addition, Kilowatts has adopted and used the following design as a service mark for several years in order to identify its services:



     Our client has federal, state and common law rights to the service mark and trade name **KILOWATTS ELECTRIC SUPPLY CORP.** and the associated design elements noted above. Kilowatts is also the owner of an incontestable Federal Trademark Registration for the mark

Freddy Kilowatt, LLC.
August 5, 2008
Page Two

(Reg. No. 2,705,805). I have attached the Registration Certificate as Exhibit 1 for your benefit. Kilowatts has been using its mark continuously since at least as early as November, 1999.

It has recently come to our client's attention that your company is providing, or intends to provide, related services under a confusingly similar mark and/or is using a confusingly similar trade name that infringes on our client's rights.

Freddy Kilowatt, LLC's unauthorized use of the distinctive word KILOWATT is likely to cause confusion and/or falsely suggests that its services are provided, sponsored, licensed by, or otherwise associated with our client. Creating a likelihood of confusion is a violation of State and Federal Trademark and Unfair Competition laws, including the Lanham Act, 15 U.S.C. § 1114(1), 1125(a).

Kilowatts considers your use of the trade name "Freddy Kilowatt, LLC" and use of a logo that is strikingly similar to the one noted above to be a very serious matter and intends to take all necessary steps to protect its rights. We therefore demand that you immediately cease and desist from any further use of the trade name "Freddy Kilowatt, LLC" and/or use of the similar logo and/or any other trade name or service mark that contains a colorable imitation of the Kilowatts mark in connection with electrical services. In order to facilitate compliance with our demands, we request the following:

1.     That you remove all offending signs, advertisement, marketing material, and promotional material bearing the infringing mark immediately.

2.     That you provide prompt written assurance that you will cease providing related services bearing the infringing mark.

3.     That you deliver up or, at our client's option, destroy on oath, all offending signs, advertisement, or other items which bear the infringing mark in your possession, custody or control.

We ask that we receive written assurances of compliance by no later than August 15, 2008. We look forward to your response and thank you in advance for your cooperation.

Very truly yours,

Gabriel Gonzalez, Esq.

GG:ev
enclosures

FILED by _TS_ D.C.

**NOV 26, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other pa...
by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the...
the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re...**

### I. (a) PLAINTIFFS
Kilowatts Electric Supply Corp., a Florida corporation

**DEFENDANTS**
Freddy Kilowatt, LLC., a Florida limited liability company

**(b)** County of Residence of First Listed Plaintiff _Miami Dade_
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _Broward_
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRA...
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Sanchelima & Associares, P.A.
235 SW LeJeune Rd.,
Miami, FL 33134
305-477-1617

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☑ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plain... and One Box for Defendant)
(For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|-----|-----|---|-----|-----|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

_Miami 08cv 23299 Huck/o'sullivan_

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|--|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization... |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determin... Under Equal Access to Just... |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page): a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____ DOCKET _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
Lanham Act, Title 15, United States Code, Sections 1114 and 1125 (a); and Florida Statutes Annotated, Chapter 495; common law trademark infringement and unfair competition
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
s/ J. Sanchelima
DATE 11/24/08
$ 350.00  99099

FOR OFFICE USE ONLY